UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISON

WILLIAM C. BURNHAM,
PLAINTIFF

vs.

ASHEVILLE POLICE
DEPT.

Case No. 1:18cv73

Hand-Delivered
FILED
ASHEVILLE, N.C.
MAR 23 2018
U.S. DISTRICT COURT
W. DIST. OF N.C.

COMPLAINT FOR VIOLATION OF CIVIL AND HUMAN RIGHTS PURSUANT TO 42 U.S.C. SEC. 1983, 29 U.S.C SEC. 794(A) 42 U.S.C 12101 THE AMERICANS WITH DISIBLETS ACT. (ADA). THIS ACTION IS FOR INJUCTION ONLY.

JURISDICTION

JURISDICTION IS PROPER IN THIS COURT PURSUANT TO 42 USC. SEC. 1983 AND 28 U.S.C 1367

# PARTIES

PLAINTIFF: WILLIAM C. BURNHAM
ADDRESS: P.O. BOX 244 MARTIN GA 30557
HOMELESS IN ASHEVILLE N.C.

PLAINTIFF IS DISABLED PURSUANT TO AND WITHIN THE DEFINITIONS OF THE AMERICAN WITH DISABLITES ACT. (A)(B) AND C.

DEFEANT: CITY OF ASHEVILLE POLICE DEPT.
ADDRESS GIVEN TO ME BY THE OFFICE IS P.O. BOX 7148 ASHEVILLE N.C. 28802

NATURE OF CASE (CONT')

BETWEEN 3-12-18 AND 3-21-18 I HAVE BEEN DENIED THE RIGHT TO EVEN TALK TO LOCAL ATTORNEY'S. I HAVE BEEN DENIED THE RIGHT TO HOMELESS SHELTERS IN SUB FREEZING TEMPTURE WHEN OTHER PEOPLE GOT IN. MY LIFE IS IN DANGER. I HAVE BEEN DENIDED THE RIGHT TO GO TO CHURCH.

I WENT TO THE F.B.I. OFFICE TO FILE A COMPLAINT. THE MAN I SPOKE WITH WAS NOT A F.B.I AGENT. HE INPERSONATED A FEDERAL OFFICER.

THE ASHEVILLE POLICE DEPT HAS CONSPIRED WITH THE GEORGIA BUREAU OF INVESTIGATION TO VIOLATE MY RIGHTS. THE CLEARK OF THE FEDERAL COURT JANE DOE HAS ALSO CONSPIRED WITH THE ASHEVILLE POLICE DEPT. AND GEORGIA BUREAU OF INVESIGATION TO DENY ME ACCESS TO THE COURTS.

ASHEVILLE POLICE CHIEF TAMMY HOOPER FAILED TO ENSURE THAT PROPER POLICY WAS FOLLOWED. THE POLICE

THE DEFENDANT WAS ACTING UNDER THE AUTHORITY OF STATE LAW AT ALL TIMES THIS CLAIMS OCCURRED. AS CHIEF OF ASHEVILLE POLICE DEPT. 100 COURT PLAZA ASHEVILLE N.C, 28801

I WAS KEPT AT THE VETRANS QUARETS AND DENIED OTHER HOMELESS CENTERS SO THE GEORGIA BUERA OF INVESTGATION COULD CONSPIRE WITH THE ASHEVILLE POLICE DEPARTMENT TO INSTALL TRACKING DIVICES ON MY CAR AND KEEP ME UNDER UNWANTED SERVAILANCE ON ME.

I WAS HELD AT MISSION HOSPITAL AGAINST MY WILL SO THAT ASHEVILLE POLICE DEPT. COULD PUT NEW TRACKING EQUIPMENT ON MY CAR AS I HAD FOUND AND DISRUPED THE OLD TRACKING DIVICE.

MY ADA RIGHTS HAVE BEEN VIOLATED CAUSED ME EMOTIONAL DISTRESS HUMILITION ANXIETY. I HAVE EMOTIONAL DISTBILIT THEY HAVE VIOLATED

## REQUEST FOR RELIEF

(1) A DECLARTION THAT MY RIGHTS HAVE BEEN VIOLATED

(2) AN INJUCTION TO STOP THE VIOLATION OF MY RIGHTS.

## JURY TRIAL REQUESTED

DECLARATION UNDER PENALACTY OF PERJURY.

I DECLARE UNDER PENALTY OF PERJURY THE INFORMATION IN THE ABOVE COMPLAIN IS TRUE AND CORRECT 28 U.S.C. SEC. 1746. 18 U.S.C. SEC 1621

WILLIAM C. BURNHAM

*William C. Burnham* (signature)

MARCH, 23 2018